

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

IN RE:

Eileen O'Tousa-Crowson

Case No.: 14-20407
Chapter 13

DEBTOR(S)

Capital One, N.A.

MOVANT
vs.
Eileen O'Tousa-Crowson

RESPONDENT(S)

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS
### 217 HIGH TIMBER COURT, GAITHERSBURG, MD 20879

Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, no opposition having been filed, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Maryland

1

ORDERED

That the automatic stay imposed by 11 U.S.C. Section 362(a), be and the same is hereby, terminated to enable Capital One, N.A., or its successors and assigns, to proceed with foreclosure against the real property and improvements known as 217 High Timber Court, Gaithersburg, MD 20879 and allow the successful purchaser thereof to obtain possession of same.

cc:   Cohn, Goldberg & Deutsch, LLC
      600 Baltimore Avenue, Suite 208
      Towson, MD  21204

      Eileen O'Tousa-Crowson
      217 High Timber Court
      Gaithersburg, MD 20879

      and respondent(s)' counsel:              Timothy P. Branigan, Trustee
      Justin M. Reiner, Esquire                P.O Box 1902
      1401 Rockville Pike Suite 650            Laurel, MD 20725-1902
      Rockville, MD 20852

**End of Order**